1
2
3
4                       **UNITED STATES DISTRICT COURT**
5                             **DISTRICT OF NEVADA**
6
7    FRANK DEPETRO,                           Case No. 2:22-cv-00817-MMD-NJK
8            Plaintiff(s),                                  **ORDER**
9    v.                                              [Docket No. 17]
10   MICHAEL MINEV, et al.,
11           Defendant(s).

12          Pending before the Court is Plaintiff's motion for leave to amend the complaint.  Docket
13   No. 17.  No response has been filed.  The Court is considering declining to screen the proposed
14   second amended complaint. *See Olausen v. Murguia*, 2014 WL 6065622 (D. Nev. Nov. 12, 2014).
15   Defendants are ordered to respond to the motion for leave to amend by April 10, 2023.  To the
16   extent Defendants do not oppose the granting of the motion, the Office of the Attorney General
17   must indicate whether service will be accepted on behalf of the newly-named defendants by April
18   17, 2023.

19          IT IS SO ORDERED.
20          Dated: April 3, 2023
21
22                                              _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge
23
24
25
26
27
28