# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>J. SCALLY, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br><br>**ORDER**<br><br>[Docket No. 17] |

Pending before the Court is Plaintiff's motion for leave to amend the complaint. Docket No. 17. Defendants do not oppose the motion. Docket No. 19. Accordingly, the motion to amend the complaint is **GRANTED**. The Clerk's Office is **INSTRUCTED** to file the amended complaint (Docket No. 17-1) on the docket.

The Office of the Attorney General must indicate whether service will be accepted on behalf of the newly-named defendants by April 17, 2023.

IT IS SO ORDERED.

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge