# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO, | Case No. 2:22-cv-00817-MMD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| J. SCALLY, et al., | |
| Defendant(s). | |

Service of the second amended complaint has been accepted. *See* Docket No. 22. Defendants must respond to the second amended complaint by June 6, 2023. *Cf.* Fed. R. Civ. P. 4(d)(3).[1]

IT IS SO ORDERED.

Dated: April 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Discovery is set to close on June 5, 2023. *See* Docket No. 15. To the extent any party seeks relief from that deadline, a request must be filed on the docket.

1