UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br>    Plaintiff(s),<br>v.<br>J. SCALLY, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br>**ORDER**<br>[Docket No. 24] |

    Pending before the Court is Plaintiff's motion to extend the discovery cutoff. Docket No. 24. A notice of non-opposition or response must be filed by May 13, 2023.

    IT IS SO ORDERED.

    Dated: May 11, 2023

                                                                 _____<br>
                                                                 Nancy J. Koppe<br>
                                                                 United States Magistrate Judge