UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br>    Plaintiff(s),<br>v.<br>MICHAEL MINEV, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br>**ORDER**<br>[Docket No. 33] |

Pending before the Court is Defendants' motion to extend the case management deadlines. Docket No. 33. The motion to extend the case management deadlines is hereby **DENIED** without prejudice.

As a threshold matter, the local rules prohibit filing a single document that contains multiple requests. Local Rule IC 2-2(b). Because this motion includes both a request to extend a briefing schedule and a separate request to extend case management deadlines, it violates that local rule. This rule is "not an exercise of pure formality," *Underwood v. O'Reilly Auto Enterp., LLC*, 2022 WL 1184883, at *2 (D. Nev. Apr. 20, 2022) (quoting *Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018)), and counsel must be mindful of this rule moving forward.

As to the request for extension itself, the local rules require those seeking to modify case management deadlines to provide the Court with various information, including a specific identification of the discovery completed to date and of the discovery remaining. Local Rule 26-3(a)-(b). The instant request fails to provide that information.[1]

---

[1] Because the motion is procedurally defective, the Court does not opine herein on the assertion that good cause exists for an extension.

1

Accordingly, Defendants' motion to extend the case management deadlines is **DENIED** without prejudice.  Any renewed motion must be filed by July 11, 2023, and must comply with all applicable local rules.

IT IS SO ORDERED.

Dated: July 7, 2023

                                                                               Nancy J. Koppe
                                                                               United States Magistrate Judge