# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br><br>    Plaintiff(s),<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br><br>**Order**<br><br>[Docket No. 37] |

Pending before the Court is Plaintiff's settlement offer. Docket No. 37. Outside the context of a judicial settlement conference or the like, discussions regarding settlement do not involve the Court. Such discussions are confidential and should generally not be filed on the docket. The Court has instructed the Clerk's Office to seal this document. In addition, the settlement offer is **STRICKEN**.

IT IS SO ORDERED.

Dated: July 27, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1