UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br><br>     Plaintiff(s),<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>     Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br><br>**Order**<br><br>[Docket No. 60] |

Pending before the Court is Plaintiff's motion to compel discovery. Docket No. 60. Defendants filed a response. Docket No. 61. Defendants represent that the conferral efforts were not completed until September 27, 2023, and that supplemental discovery has now been provided. *See id.* at 2. Given these circumstances, the motion to compel is **DENIED** without prejudice. If Defendants' efforts on the subject discovery remain insufficient, Plaintiff may file a further renewed motion to compel by October 16, 2023.

Defense counsel represents that the ordered deadline to confer was missed due to inadvertence. The Court expects better from counsel moving forward.

IT IS SO ORDERED.

Dated: October 2, 2023

                                                                                Nancy J. Koppe<br>
                                                                                United States Magistrate Judge