# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK DEPETRO,<br><br>   Plaintiff(s),<br><br>v.<br><br>MICHAEL MINEV, et al.,<br><br>   Defendant(s). | Case No. 2:22-cv-00817-MMD-NJK<br><br>**Order**<br><br>[Docket No. 82] |

Pending before the Court is a status report asking to extend the deadline for dismissal papers. Docket No. 82.[1] In light of the circumstances, the deadline to file dismissal papers is **EXTENDED** to July 10, 2024.

IT IS SO ORDERED.

Dated: June 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] A "status report" is not a proper vehicle to seek relief, but the Court will consider it in this instance as a one-time courtesy.

1