# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK DEPETRO,

    Plaintiff(s),

v.

MICHAEL MINEV, et al.,

    Defendant(s).

Case No. 2:22-cv-00817-MMD-NJK

**ORDER**

[Docket No. 92]

Pending before the Court is Defendants' notice of compliance and motion for enlargement of time to file that notice of compliance.  Docket Nos. 91-92.  The motion for enlargement of time (Docket No. 92) is **GRANTED**.  With respect to the notice of compliance, the parties must file a joint status report or dismissal papers by October 4, 2024.  The Court **DEFERS** ruling on the order to show cause (Docket No. 85) as to why sanctions should not be imposed.

    IT IS SO ORDERED.

    Dated: September 18, 2024

                                            Nancy J. Koppe
                                            United States Magistrate Judge

1