AARON D. FORD
Attorney General
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)

*Attorneys for Defendants
Benedicto Guiterrez, Michael Minev,
James Scally, Nurse Dennis Tamban,
and Julie Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANK DePETRO,

               Plaintiff,

v.

MICHAEL MINEV, *et al*,

               Defendants.

Case No. 2:22-cv-00817-MMD-NJK

**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE AND ORDER**

    The Parties, Plaintiff, Frank DePetro and Defendants, Benedicto Guiterrez, James Scally, Nurse Dennis Tamban, and Julie Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, hereby stipulate and agree that this matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 3rd day of October 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
    Nathan M. Claus (Bar No. 15889)
    Deputy Attorney General
    Attorney for Defendants

///

DATED this 3rd day of October 2024.

By: [signature]
    Frank DePetro

IT IS SO ORDERED

DATED this 4th day of October 2024.

_____
UNITED STATES DISTRICT COURT JUDGE